NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMA S.A. AND SANOFI-AVENTIS U.S. LLC,**
*Plaintiffs-Appellants,*

v.

**STRIDES, INC. AND ONCO THERAPIES LIMITED,**
*Defendants-Appellees.*

---

2012-1151

---

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-1121, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Aventis Pharma S.A. et al. move without opposition to stay proceedings in this case pending the court's disposition in *Aventis Pharma S.A. v. Hospira Inc.*, No. 2011-1018.

Aventis asserts that the appeals involve the same patents and that the consent judgment from which this

appeal was taken was based upon the judgment in *Hospira*.

The court notes that oral argument was held in *Hospira* on January 9, 2012.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed in 2012-1151. Aventis is directed to inform the court within 30 days of the disposition of *Hospira* how this appeal should proceed. The appellees may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Hospira* to inform that panel of this related case.

FOR THE COURT

FEB 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
Neal C. Belgam, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK